**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.  Case No. 3:23-cr-47-WWB-LLL

JOSHUA GRADY EARREY

### FINAL ORDER OF FORFEITURE

The United States moves under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, for a final order of forfeiture for the following firearms and ammunition seized from defendant on or about March 10, 2023, which were subject to an April 25, 2024, preliminary order of forfeiture (Doc. 81):

   a. A Savage Arms, Inc., model 93R17 .17 caliber rifle (SN: 2022715);

   b. An Iver Johnson's Arms (SN: B27181);

   c. A Glock GMBH model 37Gen4 .45 caliber pistol (SN: PTZ222), with case and magazines; and

   d. assorted ammunition.

In accord with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), Federal Rules of Criminal Procedure, from April 30, 2024, and ending on May 29, 2024, the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov. (Doc. 94). The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, 300 North Hogan Street, Suite 9-150, Jacksonville, Florida 32202, a petition to adjudicate their interests within 60 days of the first date of publication.

The United States properly noticed Randall Hugh Raiter, who is the only person known to have potential interest in any of the assets, and he did not file a claim because

he no longer has an interest in the Savage Arms, Inc. rifle. No other persons or entities filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

The United States' motion (Doc. 152) is **GRANTED**.  Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the assets are **CONDEMNED** and **FORFEITED** to the United States for disposition according to law.  Clear title to the asset is now vested in the United States of America.

**DONE** and **ORDERED** in Jacksonville, Florida, this 28th day of March 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Nicole M. Andrejko, AUSA
Counsel of Record