UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

VS.                                                          CASE NO: 3:23-cr-47-WWB-LLL

**JOSHUA GRADY EARREY**

---

## ORDER

In accordance with Local Rule 7.02, members of the press may enter the courthouse with a laptop computer, tablet, and/or cell phone to attend the sentencing set to begin on **April 18, 2025, at 9:00 a.m.** before the undersigned in Courtroom 12A.

Any member of the press entering the courthouse with a laptop, tablet, or cell phone must present the Court Security Officers with media credentials. Live transmission of any kind from the courtroom is strictly prohibited. This prohibition includes, but is not limited to, texting, e-mailing, tweeting, blogging, and messaging or posting via social media.

In addition, no photographs and no audio or video recording is allowed in the courthouse at any time. All electronic devices must be on silent while in the courtroom and shall be maintained to avoid disruption of the proceedings.

**DONE AND ORDERED** in Jacksonville, Florida on April 15, 2025.



WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
United States Marshal Service
Court Security Officer
Division Manager