UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:23-cr-47-WWB-LLL |
| v. | |
| JOSHUA GRADY EARREY | |

| Counsel for Government: | Counsel for Defendant: |
|---|---|
| William Hamilton | Elizabeth White |
| | Bryan DeMaggio |

**HONORABLE WENDY W. BERGER**
**UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Courtroom Deputy: Jodi L. Wiles | Court Reporter: Katharine Healey |
| U.S. Probation: Nicole Hiers | |

### CLERK'S MINUTES

**PROCEEDINGS OF:   SENTENCING**

Defendant placed under oath.

Plea previously accepted.

Defendant adjudged guilty on Counts **Two, Three, and Eleven of the Superseding Indictment**

Defendant's Witnesses:   Kathy Davis

Defendant's Exhibits:   1

The Motion by the United States for Downward Departure of Defendant's Sentence Based Upon Substantial Assistance (Dkt. No. 153) is **GRANTED**.

Imprisonment:   **ONE HUNDRED EIGHT (108) MONTHS, consisting of SIXTY (60) MONTHS as to Count Three and ONE HUNDRED EIGHT (108) MONTHS as to Counts Two and Eleven, all such terms to run concurrently**

The Court makes the following recommendations to the Bureau of Prisons:
- Incarceration at the facility located in Jesup, Georgia, so that his family can visit him.
- Defendant participate in the RDAP program, as well as any other substance abuse treatment programs available.
- Defendant enroll in any vocational programs available, including a general contractor program.

Supervised Release:   **FOUR (4) YEARS, consisting of THREE (3) YEARS as to Counts Two and Three and FOUR (4) YEARS as to Count Eleven, all such terms to run concurrently**

Special conditions of supervised release:
- Defendant shall participate in a substance abuse treatment program.
- Defendant shall submit to a search of his person, residence, place of business, any storage units under his control, computer, or vehicle.
- Defendant is prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself for any major purchases without the approval of the probation officer.
- Defendant shall provide the probation officer access to any requested financial information.
- Defendant shall cooperate in the collection of DNA as directed by the probation officer.

Restitution:   **The determination of restitution is deferred.  A restitution hearing will be set upon further notice.  Defendant waives his right to be present at the restitution hearing.**

Special Assessment:   **$300.00**   to be paid immediately.

Count Seven of the Superseding Indictment and the original Indictment are dismissed on the motion of the Assistant U.S. Attorney and pursuant to the Plea Agreement.

Defendant advised of right to appeal and to counsel on appeal.

Defendant is remanded to the custody of the U.S. Marshal.

Date: April 18, 2025          Time: 9:10 a.m. – 10:54 a.m.        Total: 1 Hour, 44 Minutes